Leemore Libesman, SBN 221969
HOLME ROBERTS & OWEN LLP
111 South Figueroa, Suite 2800
Los Angeles, California 90017
Telephone: (213) 572-4300
Facsimile: (213) 572-4400
Email: leemore.libesman@hro.com

Attorneys for Plaintiffs
MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; BMG MUSIC; CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; AND ARISTA RECORDS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,

Plaintiffs,

v.

ROSALIE ALICEA,

Defendant.

Case No. 2:05-cv-1673 LKK PAN

**[PROPOSED] ORDER GRANTING SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS**

Plaintiffs have filed an Application For Substitution of Attorneys for Plaintiffs. Upon consideration of all the papers filed in connection therewith and good cause showing therefore, it is hereby ordered that the Application is GRANTED.

SO ORDERED.

Dated: 2/27/06

THE HONORABLE LAWRENCE KARLTON
United States District Judge