IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MOTOWN RECORD COMPANY, L.P.,
a California limited partnership; et al.,

        Plaintiffs,                  No. CIV S-05-1673 LKK PAN

    vs.

ROSALIE ALICEA,

        Defendant.                <u>ORDER</u>

_____/

        Plaintiffs' motion for entry of default judgment was filed on November 16, 2005 and submitted without oral argument. Upon review of the motion and the supporting documents, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        This is an action for infringement of copyright by using and continuing to use an online media distribution system to download copyrighted recordings, to distribute the copyrighted recordings to the public, and/or to make the copyrighted recordings available for distribution to others. Plaintiffs move for default judgment but have submitted no evidence proving up the allegations of the complaint. Although the complaint has an exhibit which appears to be a computer printout showing copyrighted songs which were allegedly downloaded, there is no connection demonstrated between the named defendant and the computer printout.

1 Plaintiffs have provided no e-mail address for defendant, and plaintiff submits no evidence that
2 defendant Rosalie Alicea, who was served at an address in Fairfield, owns or has control of a
3 particular e-mail address connected with the alleged download.  Moreover, the attorney affidavit
4 submitted in support of the motion for default judgment does not set forth a sufficient basis upon
5 which the averment is made that defendant is not a minor.  On this record, the court cannot
6 recommend entry of default judgment.

7        Accordingly, IT IS HEREBY ORDERED that plaintiffs' November 16, 2005
8 motion for entry of default judgment is denied without prejudice.
9 DATED: June 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13 001;motown.oredef