IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARISTA RECORDS LLC, et al.,

     Plaintiffs,                              CIV-S-05-1673 LKK EFB

     vs.

ROSALIE ALICIA,

     Defendant.                          <u>ORDER</u>

_____/

        Plaintiff's motion for entry of default judgment came on regularly for hearing on November 15, 2006.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

        On November 29, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed November 29, 2006, are ADOPTED;

2. Plaintiff's application for entry of default judgment is granted;

3. A permanent injunction is granted against defendant as specified within the magistrate judge's November 29, 2006, findings and recommendations; and

4. Plaintiffs are awarded statutory damages in the amount of $8,250.00, and costs in the amount of $250.00.

DATED: March 7, 2007.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

2