UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

| | |
|---|---|
| **Mowtown Recording Company, UMG Recordings, Inc., Virgin Records America, Inc., Interscope Records, BMG Music, Capitol Records, Inc., Sony BMG Music Entertainment, Electra Entertainment Group, & Arista Records, LLC** | **DEFAULT JUDGMENT** |
| v. | Case No. CIV S-2:05-cv-01673 LKK EFB |
| **Rosalie Alicea** | |
| _____ | |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

**Rosalie Alicea**

March 8, 2007

VICTORIA C. MINOR, CLERK

By:   /s/ Tiffany C. Brown

Tiffany C. Brown, Deputy Clerk